IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT E. COFIELD, | ) | No. C 13-1421 JSW (PR) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **EXTENSION OF TIME;** |
| v. | ) | **DENYING SUMMARY** |
| | ) | **JUDGMENT** |
| LINDSAY B. WALSH, | ) | |
| | ) | |
| Defendant. | ) | (Dkt. 8, 14) |
| _____ | ) | |

Good cause appearing, Defendant's motion for an extension of time, to and including February 14, 2014, in which to file a dispositive motion is GRANTED. Plaintiff's opposition is due within 28 days of the date the motion is filed, and Defendant shall file a reply brief within 14 days of the date any opposition is filed. All other provisions

Plaintiff moves for summary judgment on the grounds that Defendant did not comply with the deadlines in the order of service. Defendant has shown that this was because Defendant had not been served with process. Plaintiff's motion is DENIED.

IT IS SO ORDERED.

DATED: January 14, 2014

JEFFREY S. WHITE
United States District Judge